HELEN E. RELIHAN, Respondent, *v.* ARTHUR M. FELSON. Appellant.

MATHEW P. RELIHAN, JR., Respondent, *v.* ARTHUR M. FELSON, Appellant.

Submitted October 1, 1945; decided October 11, 1945.

*John M. Schneider* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs, and $10 costs of motion.

MOLLIE EAGLE, Appellant, *v.* BENJAMIN CHERNEY et al., Respondents.

Submitted October 1, 1945; decided October 11, 1945.

Motion by appellant for reargument and to amend the remittitur denied, with $10 costs and necessary printing disbursements. [See 294 N. Y. 818.]